*Mr. Attorney General* for defendant in error.

---

## ALLEN *v.* TARLTON.

ERROR TO THE SUPREME COURT OF THE STATE OR LOUISIANA.

No. 251. Submitted March 16, 1874. — Decided March 23, 1874.

Dismissed for want of jurisdiction.

MOTION TO DISMISS.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The writ of error taken in this cause is dismissed, because it does not appear that judgment of the state court necessarily involved the decision of any question which could give this court jurisdiction. *Dismissed.*

*Mr. Miles Taylor* and *Mr. P. Phillips* for plaintiff in error.

*Mr. Thomas J. Durant* and *Mr. Charles W. Hornor* for defendants in error.